FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 20 AM 10: 24

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERCEDING |
| | ) | INDICTMENT NO. CR507-15 |
| v. | ) | |
| | ) | |
| JESUS NERI a.k.a. "Andres Aleman," et al. | | |

## DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CAROLINA BAZA and FELIPE HERNANDEZ

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE defendants CAROLINA BAZA and FELIPE HERNANDEZ from this Indictment. The government shows that these defendants have been determined to have had limited involvement in the above criminal charges, and have fully cooperated. Defendant BAZA will be deported, and defendant HERNANDEZ has agreed to plead guilty to an Information.

Based upon that, further proceedings against them in this matter would not be in the interests of justice.

Respectfully submitted,
EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

/s/ Darrin L. McCullough
Darrin L. McCullough
Assistant United States Attorney

100 Bull Street
Savannah, GA 31401
(912) 652-4422

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice of defendants Carolina Baza and Felipe Hernandez from this Indictment.

SO ORDERED, this 20th day of MARCH, 2009.

William T. Moore, Jr.
Chief Judge, United States District Court
Southern District of Georgia